UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.,** vs. **Jonathan Skrmetti, et al.**

List all clients you represent in this appeal:

**All Defendants-Appellants: Jonathan Thomas Skrmetti; Tennessee Department Of Health; Ralph Alvarado; Tennessee Board Of Medical Examiners; Melanie Blake; Stephen Loyd; Randall E. Pearson; Phyllis E. Miller; Samantha McLerran; Keith G. Anderson; Deborah Christiansen; John W. Hale; John J. McGraw; Robert Ellis; James Diaz-Barriga; Jennifer Claxton; and Logan Grant.**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Clark L. Hildabrand**    Signature: s/ **Clark L. Hildabrand**

Firm Name: **Tennessee Office of the Attorney General**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **(615) 253-5642**

Email Address: **clark.hildabrand@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---