UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.** vs. **Jonathan Skrmetti, et al.**

List all clients you represent in this appeal:

**All Defendants-Appellants: Jonathan Skrmett; Tennessee Department Of Health; Ralph Alvarado; Tennessee Board Of Medical Examiners; Melanie Blake; Stephen Loyd; Randall E. Pearson; Phyllis E. Miller; Samantha McLerran; Keith G. Anderson; Deborah Christiansen; John W. Hale; John J. McGraw; Robert Ellis; James Diaz-Barriga; Jennifer Claxton; and Logan Grant.**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Steven J. Griffin**   Signature: s/ **Steven J. Griffin**

Firm Name: **Tennessee Office of the Attorney General**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **(615) 714-9598**

Email Address: **steven.griffin@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.