# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5600**    Case Manager: **C. Anthony Milton**

Case Name: **L.W., et al. vs. Jonathan Skrmetti, et al.**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
　Case Name: _____   Citation: _____
　Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Appellants, Defendants below, are Jonathan Skrmetti, in his official capacity as the Tennessee Attorney General and Reporter; Tennessee Department Of Health; Ralph Alvarado, in his official capacity as the Commissioner of the Tennessee Department of Health; Tennessee Board Of Medical Examiners; Melanie Blake, in her official capacity as the President of the Tennessee Board of Medical Examiners; Stephen Loyd, in his official capacity as Vice President of the Tennessee Board of Medical Examiners; Randall E. Pearson, Phyllis E. Miller, Samantha McLerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. McGraw, Robert Ellis, James Diaz-Barriga, and Jennifer Claxton, in their official capacities as members of the Tennessee Board of Medical Examiners; and Logan Grant, in his official capacity as the Executive Director of the Tennessee Health Facilities Commission.**

**Defendants-Appellants appeal from the district court's Memorandum Opinion (ECF No. 167) and Order (ECF No. 168) preliminarily enjoining the enforcement of certain portions of Tenn. Code Ann. § 68-33-101, et al.**

**The appeal is taken against all Plaintiffs: L.W., by and through L.W.'s parents and next friends, Samantha Williams and Brian Williams; Samantha Williams; Brian Williams; John Doe, by and through John Doe's parents and next friends, Jane Doe and James Doe; Jane Doe; James Doe; Ryan Roe, by and through Ryan Roe's parent and next friend, Rebecca Roe; Rebecca Roe; and Susan N. Lacy, on behalf of herself and her patients.**

**Defendants-Appellants intend to raise the following issue on appeal: Whether the district court abused its discretion by preliminarily enjoining the enforcement of certain portions of Tenn. Code Ann. § 68-33-101, et al.**

This is to certify that a copy of this statement was served on opposing counsel of record this **30th** day of **June**, **2023**.

**Steven J. Griffin**
Name of Counsel for Appellant

6CA 53
Rev. 6/08