FILED
Jul 01, 2023
DEBORAH S. HUNT, Clerk

No. 23-5600

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| L.W., et al., | ) |
|     Plaintiffs - Appellees, | ) |
| and | ) |
| UNITED STATES OF AMERICA | )    O R D E R |
|     Intervenor - Appellee | ) |
| v. | ) |
| JONATHAN SKRMETTI, et al., | ) |
|     Defendants-Appellants. | ) |

Defendants-appellants move for a stay of the order entered by the District Court for the Middle District of Tennessee on June 28, 2023, (RE 168), partially enjoining the State of Tennessee from enforcing Senate Bill 1, codified at Tenn. Code Ann. 68-33-101 *et seq*. Appellants ask for a ruling from this Court "as soon as possible" and for the Appellees' response to be due by 2:00 p.m. on Monday, July 3, 2023. They note that the Appellees object to that schedule. In light of the late filing of the motion (after 7:30 p.m. on a Friday evening), Appellees' objection to the proposed schedule, and that this is the long Fourth of July holiday weekend, the court enters the schedule below.

IT IS HEREBY ORDERED that the Appellees' response shall be filed no later than

12:00 p.m., EDT, on Thursday, July 6, 2023. Any reply by Appellants shall be filed no later than 12:00 p.m. on Friday, July 7, 2023.

                                           ENTERED BY ORDER OF THE COURT

                                           Deborah S. Hunt, Clerk