UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.** vs. **Jonathan Skrmetti, et al.**

List all clients you represent in this appeal:

**United States**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☑ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Barbara A. Schwabauer**   Signature: s/ **Barbara A. Schwabauer**

Firm Name: **U.S. Department of Justice, Civil Rights Division, Appellate Section**

Business Address: **Ben Franklin Station, P.O. Box 14403**

City/State/Zip: **Washignton, D.C.  20044-4403**

Telephone Number (Area Code): **(202) 305-3034**

Email Address: **barbara.schwabauer@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.