UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.** vs. **Skrmetti, et al.**

List all clients you represent in this appeal:

> **L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Stella Yarbrough**     Signature: **s/ Stella Yarbrough**

Firm Name: **ACLU Foundation of Tennessee**

Business Address: **P.O. Box 120160**

City/State/Zip: **Nashville, Tennessee 37212**

Telephone Number (Area Code): **615-320-7142**

Email Address: **syarbrough@aclu-tn.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17