UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W.** vs. **Skrmetti**

List all clients you represent in this appeal:

> **Jonathan Thomas Skrmetti, Tennessee Department of Health, Ralph Alvarado, Tennessee Board of Medical Examiners, Melanie Blake, Stephen Loyd, Randall E. Pearson, Phyllis E. Miller, Samantha Mclerran, Keith G. Anderson, Deborah Christiansen, John W. Hale, John J. Mcgraw, Robert Ellis, James Diaz-Barriga, Jennifer Claxton, Logan Grant**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Cameron T. Norris**    Signature: s/ **Cameron T. Norris**

Firm Name: **Consovoy McCarthy PLLC**

Business Address: **1600 Wilson Blvd., Ste. 700**

City/State/Zip: **Arlington, VA 22209**

Telephone Number (Area Code): **703-243-9423**

Email Address: **cam@consovoymccarthy.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---