UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W. et al.** vs. **Skrmetti et al.**

List all clients you represent in this appeal:

**States of Alabama, Arkansas, Alaska, Florida, Georgia, Idaho, Iowa, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, South Carolina, Utah, and West Virginia.**

☐ Appellant    ☐ Petitioner    ☑ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Alexander Barrett Bowdre**      Signature: s/ **A. Barrett Bowdre**

Firm Name: **Office of the Alabama Attorney General**

Business Address: **501 Washington Ave.**

City/State/Zip: **Montgomery, AL 36130**

Telephone Number (Area Code): **(334) 353-8892**

Email Address: **barrett.bowdre@AlabamaAG.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.