UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.**  vs. **Skrmetti, et al.**

List all clients you represent in this appeal:

**L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Tara L. Borelli**    Signature: s/ **Tara L. Borelli**

Firm Name: **Lambda Legal Defense and Education Fund, Inc.**

Business Address: **1 West Court Square, Ste. 105**

City/State/Zip: **Decatur, GA 30030**

Telephone Number (Area Code): **470-225-5341**

Email Address: **tborelli@lambdalegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.