# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  July 05, 2023

Ms. Sruti J. Swaminathan
Lambda Legal
120 Wall Street
19th Floor
New York, NY 10005

Re:  Case No. 23-5600, *L. W., et al v. Jonathan Skrmetti, et al*
Originating Case No. : 3:23-cv-00376

Dear Counsel,

The appearance form which you submitted to the court has one or more deficiencies.  You are
directed to correct these deficiencies as shown on the enclosed checklist.  Failure to do so may
result in not being designated as counsel of record.

If you have any questions, please contact the clerk's office for assistance.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

Cc:  Mr. David Bethea
Mr. Joshua A. Block
Ms. Tara L. Borelli
Mr. Alexander Barrett Bowdre
Mr. Lucas Cameron-Vaughn
Ms. Tamica Daniel
Mr. Rascoe S. Dean
Mr. Christopher J. Gessner
Mr. Steven James Griffin
Mr. Clark Lassiter Hildabrand
Mr. Edmund Gerard LaCour Jr.
Ms. Alyssa Lareau
Mr. Jonathan F. Mitchell

Mr. Adam K. Mortara
Mr. Cameron Thomas Norris
Mr. Jeff Preptit
Ms. Bonnie I. Robin-Vergeer
Ms. Barbara Schwabauer
Ms. Elizabeth D. Scott
Mr. Chase Strangio
Ms. Stella Marie Yarbrough

Enclosure

## APPEARANCE FORM CHECKLIST

☐    Attorneys must use their personal PACER account to file any document.  Attorneys are not permitted to use their account to file on behalf of another attorney.  Please refile using your own account within 7 days.

☐    The appearance form was not filed on the correct case.  Please refile on case number _____ within 7 days.

☐    The appearance form was filed in a case which you are not a participant.  Please refile in the appropriate case and deselect any additional case numbers within 7 days.

☐    The contact information (address - email - phone) does not match our records.  You must update your contact information with PACER or risk not receiving proper notifications in this case.  When you update your address with PACER, be sure you also select this court to receive the updated address.  If you have further questions as to whether this court has received the updated information, you may call the Clerk's Office at 513-564-7000.

☐    The appearance form is not signed.  Please sign in the signature field, either in electronic format (s/) or handwritten, and refile within 7 days.

☐    **The appearance form is in an editable format.  This is an indication that the document was not printed to PDF before uploading.  After completing the form, select print and print to PDF.  This will format the document into a non-modifiable pdf.**