UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.** vs. **Skrmetti, et al.**

List all clients you represent in this appeal:

> **L.W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; RYAN ROE, by and through his parent and next friend Rebecca Roe; REBECCA ROE; and SUSAN N. LACY, on behalf of herself and her patients**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sruti J. Swaminathan**　Signature: s/ **Sruti J. Swaminathan**

Firm Name: **Lambda Legal Defense and Education Fund, Inc.**

Business Address: **120 Wall Street, Fl 19**

City/State/Zip: **New York, NY 10005**

Telephone Number (Area Code): **212-809-8585**

Email Address: **sswaminathan@lambdalegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---