UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W. et al. and United States** vs. **Skrmetti et al.**

List all clients you represent in this appeal:

**Defendants Jonathan Skrmetti; Tennessee Department Of Health; Tennessee Board Of Medical Examiners; Ralph Alvarado; Melanie Blake; Stephen Loyd; Randall E. Pearson; Phyllis E. Miller; Samantha McLerran, Keith G. Anderson, Deborah Christiansen; John W. Hale; John J. McGraw; Robert Ellis; James Diaz-Barriga; Jennifer Claxton; Logan Grant**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brooke Ashley Huppenthal**    Signature: s/ **Brooke Ashley Huppenthal**

Firm Name: **Office of the Tennessee Attorney General**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, Tennessee 37202**

Telephone Number (Area Code): **615-741-2471**

Email Address: **brooke.huppenthal@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---