STATE OF TENNESSEE

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

RECEIVED
JUL 06 2023
DEBORAH S. HUNT, Clerk

June 30, 2023

**Via Overnight Mail**

Office of the Clerk
United States Court of Appeals for the Sixth Circuit
100 East Fifth Street
Cincinnati, Ohio 45202

      RE:    *L.W., et al. vs. Skrmetti, et al.*
              Case No. 23-5600

Dear Clerk:

Pursuant to the Guidelines for Filing Audio and Video Files with the United States Court of Appeals for the Sixth Circuit, please accept for conventional filing in the above-referenced matter the enclosed four flash drives containing the following exhibits referenced by the Emergency Motion for Stay of Preliminary Injunction Pending Appeal filed by Defendants-Appellants on June 30, 2023. These exhibits were conventionally filed with the district court in support of Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary Injunction. *See* R. 113-1.

| | |
|---|---|
| Exhibit 1-B | Brady, C., Cyperski, M., Romano, M., *PATH to Affirmative Medical Care for Transgender/Gender Diverse (TGD) Youth* |
| Exhibit 1-D | Video of Shayne S. Taylor, M.D., Medicine Grand Rounds, 2018 |
| Exhibit 1-E | Video of Ellen W. Clayton, M.D. |
| Exhibit 1-G | Taylor, Shayne S., *Caring for the Transgender Patient: With little evidence; but a lot of love.* |

If you have any questions, please do not hesitate to let me know.

                              Sincerely,

                              */s/ Steven J. Griffin*
                              Steven J. Griffin

Assistant Attorney General
Office of the Tennessee Attorney General
500 Dr. Martin Luther King, Jr. Blvd.
Nashville, TN 37243
(615) 741-9598
steven.griffin@ag.tn.gov