Case No. 23-5600

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe

      Plaintiffs - Appellees

UNITED STATES OF AMERICA

      Intervenor - Appellee

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.

      Defendants - Appellants

BEFORE:  SUTTON, Chief Circuit Judge; WHITE and THAPAR, Circuit Judges.

    UPON CONSIDERATION of America First Legal Foundation's unopposed motion for leave to file an amicus brief in support of the motion for stay,

    IT IS ORDERED that the motion is GRANTED.

          **ENTERED BY ORDER OF THE COURT**

          Deborah S. Hunt, Clerk

Issued: July 07, 2023