UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-5600

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe,

    Plaintiffs - Appellees,

    v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.,

    Defendants - Appellants,

UNITED STATES OF AMERICA,

    Intervenor - Appellee.

**FILED**
Jul 08, 2023
DEBORAH S. HUNT, Clerk

Before: SUTTON, Chief Judge; WHITE and THAPAR, Circuit Judges.

## JUDGMENT
**On Emergency Motion for Stay
of Preliminary Injunction Pending Appeal**

UPON CONSIDERATION of the pleadings of counsel,

IT IS ORDERED that the district court's preliminary injunction is STAYED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk