Nos. 23-5600/5609

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| **No. 23-5600** | ) | |
| L.W., by and through her parents and next friends, Samantha Williams and Brian Williams, et al., | ) ) ) ) | **FILED**<br>Jul 08, 2023<br>DEBORAH S. HUNT, Clerk |
| Plaintiffs-Appellees, | ) | |
| v. | ) ) | |
| JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al., | ) ) ) ) | |
| Defendants-Appellants, | ) ) | |
| UNITED STATES OF AMERICA, | ) | O R D E R |
| Intervenor-Appellee. | ) ) | |
| **No. 23-5609** | ) ) | |
| JANE DOE 1, et al., | ) | |
| Plaintiffs-Appellees, | ) ) | |
| v. | ) ) | |
| WILLIAM C. THORNBURY, JR., M.D., in his official capacity as the President of the Kentucky Board of Medical Licensure, et al., | ) ) ) ) | |
| Defendants, | ) ) | |
| COMMONWEALTH OF KENTUCKY EX REL. ATTORNEY GENERAL DANIEL CAMERON, | ) ) ) | |
| Intervenor-Appellant. | ) | |

Upon review, the panel has decided that these cases involve similar issues and would benefit from consolidation. The cases are hereby consolidated for the purpose of submission.

Nos. 23-5600/5609

Expedited briefing and submission are also appropriate. The panel asks the parties to brief whether the Appellees have standing and whether sufficient discovery has been taken on that point. Appellants must file their brief by Monday, July 24, 2023. Any amici supporting the Appellants shall file their briefs by the same date. Appellees must file their briefs by Thursday, August 10, 2023. Any amici supporting the Appellees shall file their briefs by the same date. Reply briefs shall be filed by Thursday, August 17, 2023. No extensions of time will be granted absent extraordinary reasons. The panel will announce a date for oral argument as soon as it is practical to do so.

                                          ENTERED BY ORDER OF THE COURT

                                          Deborah S. Hunt, Clerk