**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988



# COUNSEL UNAVAILABILITY FORM

In scheduling arguments, the court attempts to avoid dates in which counsel has conflicts. To notify the Court of such conflicts, please complete this form and file it as a "Dates Unavailable For Oral Argument" letter under the Letter/Correspondence category in your case.

Counsel should provide as soon as possible any dates of unavailability during the next nine months, preferably no later than the filing of the appellee's brief, and supplement those dates thereafter until the case is set for argument.

**23-5600**
*Case Number*

**L.W. v. Skrmetti**
*Short Case Name*

**Clark L. Hildabrand**, attorney for **Defendants-Appellants**

is not available to attend oral argument on these dates:

**August 30, 2023; and August 31, 2023.**

s/ **Clark L. Hildabrand**
*Attorney name*

Docketing Instructions:
Select the *Event Category* of **Letters/Correspondence**,
followed by dates unavailable for oral argument.

---

**CERTIFICATE OF SERVICE**
I certify that on **July 24, 2023,** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Clark L. Hildabrand**

---

Revised January 2016