UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.**  vs. **Skrmetti, et al.**

List all clients you represent in this appeal:

**Women's Declaration International USA**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kara Dansky**     Signature: s/

Firm Name: **Women's Declaration International USA**

Business Address: **P.O. Box 21160**

City/State/Zip: **Washington DC 20009**

Telephone Number (Area Code): **800-939-6636**

Email Address: **president@womensdeclarationusa.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---