Case No. 23-5600

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe

    Plaintiffs - Appellees

and

UNITED STATES OF AMERICA

    Intervenor - Appellee

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.

    Defendants - Appellants

Upon consideration of the motion of amici curiae Billy Burleigh, KathyGrace Duncan, Laura Reynolds, Laura Smalts, Jane Smith, and Amanda Stewart for leave to file an amicus brief,

It is **ORDERED** that the motion is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: July 28, 2023