Case No. 23-5600

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe

    Plaintiffs - Appellees

and

UNITED STATES OF AMERICA

    Intervenor - Appellee

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.

    Defendants - Appellants

Upon consideration of the motion of amici curiae Thirty Family Policy Councils and The Hale Institute for leave to file an amicus brief,

It is **ORDERED** that the motion is **GRANTED**.

                           **ENTERED BY ORDER OF THE COURT**
                           Deborah S. Hunt, Clerk

Issued: August 04, 2023