**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  August 8, 2023

**Notice of Argument by Video Conference at
3:30 p.m. (Eastern Time) on Friday, September 1, 2023**

Mr. Joshua A. Block
American Civil Liberties Union
Reproductive Freedom Unit
125 Broad Street, 18th Floor
New York, NY 10004

Mr. Clark Lassiter Hildabrand
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Re:  No. 23-5600, *L. W., et al v. Jonathan Skrmetti, et al*

Dear Counsel:

This case is scheduled for argument by video conference at **3:30 p.m. (Eastern Time) on Friday, September 1, 2023** before a three-judge panel of the Sixth Circuit Court of Appeals.  You must be available for argument from **3:00 p.m. through 5:30 p.m.**, even if your argument is not first on the Court's docket.  In addition, please note the following:

- Approximately one to two days prior to the argument date, you will be provided specific video conference information;
- The time allotted for oral argument is limited to 15 minutes per side;
- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

**If you are the attorney who will present argument in this case, download the *Argument Acknowledgment form* from the website and file it electronically with the Clerk's office by August 14, 2023**.

Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances.  If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible.  Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy

cc: Mr. Jonathan Backer
 Ms. Tiffany Bates
 Mr. David C. Bethea
 Ms. Tara L. Borelli
 Mr. Alexander Barrett Bowdre
 Mr. John J. Bursch
 Mr. Lucas Cameron-Vaughn
 Ms. Kara Dansky
 Mr. James D. Esseks
 Mr. David E. Fowler
 Mr. Christopher J. Gessner
 Mr. Steven James Griffin
 Mr. Gene Hamilton
 Ms. Brooke Ashley Huppenthal
 Mr. Edmund Gerard LaCour Jr.
 Ms. Mary Elizabeth McAlister
 Mr. Christopher Ernest Mills
 Mr. Jonathan F. Mitchell
 Mr. Adam K. Mortara
 Mr. Cameron Thomas Norris
 Mr. Andrew M. Nussbaum
 Mr. Joshua Kerry Payne
 Ms. Bonnie I. Robin-Vergeer
 Ms. Barbara Schwabauer
 Mr. Chase Strangio
 Ms. Sruti J. Swaminathan
 Mr. Jacob P. Warner
 Ms. Stella Marie Yarbrough