UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5600**

Case Title: **L.W., et al.**  vs. **Skrmetti**

List all clients you represent in this appeal:

> **Elliot Page and fifty-six other individuals. See attachment 1 for a complete list.**

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sydney Duncan**   Signature: s/ **Sydney Duncan**

Firm Name: **Transgender Legal Defense and Education Fund**

Business Address: **520 8th Ave. Ste 2204**

City/State/Zip: **New York, NY 10018**

Telephone Number (Area Code): **(646) 898-2205**

Email Address: **sduncan@transgenderlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

Attachment 1

1. Elise Bader-Saye
2. Rye D. Blum
3. Jennifer Finney Boylan
4. Precious Brady-Davis
5. Wen Brovold
6. Alejandra Caraballo
7. Jennifer Michelle Chavez
8. Lena Chipman
9. Destiny Clark
10. Naomi Clark
11. Carla Combs
12. Ryan Combs
13. Gibran Cuevas
14. Zackary Drucker
15. Jack Einstein
16. Rhys Ernst
17. Jackson L. Gates
18. Cecilia Gentili
19. Nick Gorton
20. Jamison Green
21. Oliver Hall
22. Gwendolyn Herzig
23. Ray Holloman
24. Abigail Jensen
25. Harvey Katz
26. Harper B. Keenan
27. Anna H. Lange
28. Adrien Lawyer
29. Elena Long
30. Beck Witt Major
31. Miss Major
32. Rickke Mananzala
33. Dion Manley
34. Anya Marino
35. Sarah McBride
36. Jessie Lee Ann McGrath
37. Ei Meeker
38. Chris Mosier
39. Shain M. Neumeier
40. Rebecca Oppenheimer
41. Elliot Page
42. Torrey Peters
43. Jacob Reilly
44. Jeani Rice-Cranford

45. Marisa Richmond
46. La Sarmiento
47. Devon Shanley
48. Ames Simmons
49. Nick Romano
50. Avy Skolnik
51. Daniel Soltis
52. Trent Sutherlin,
53. Lilly Wachowski
54. Jillian Weiss
55. Fresh Lev White
56. Mallory Anna Wood
57. Gerda Zinner

2