**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

August 21, 2023

| Mr. Joshua A. Block | Mr. Clark Lassiter Hildabrand | Ms. Barbara Schwabauer |
|---|---|---|
| American Civil Liberties Union | Office of the Attorney General | U.S. Department of Justice |
| 125 Broad Street, 18th Floor | P.O. Box 20207 | P.O. Box 14403 |
| New York, NY 10004 | Nashville, TN 37202 | Washington, DC 20044 |

Re: Case No. 23-5600, *L. W., et al v. Jonathan Skrmetti, et al*
**Modification of Allotted Argument Time**

Dear Counsel:

Please be advised that the time allotted for oral argument has been modified to the following:

**15 minutes for the Appellants and 15 minutes to be shared by the Appellees.**

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc: Mr. Z. Gabriel Arkles
    Mr. Jonathan Backer
    Ms. Tiffany Bates
    Mr. David C. Bethea
    Mr. Carmine Boccuzzi Jr.
    Ms. Tara L. Borelli
    Mr. Alexander B. Bowdre
    Mr. John J. Bursch
    Mr. L. Cameron-Vaughn
    Ms. Allison Caramico
    Mr. Dean Chapman
    Mr. JD Colavecchio
    Ms. Kara Dansky
    Mr. Andrew Rhys Davies
    Mr. Sydney Duncan
    Mr. James D. Esseks
    Mr. David E. Fowler
    Mr. Benjamin A. Gastel

Mr. Seran Gee
Mr. Christopher J. Gessner
Mr. Steven James Griffin
Mr. Gene Hamilton
Ms. Lindsay Harris
Ms. Kathleen R. Hartnett
Ms. Zoe Helstrom
Ms. Tricia R. Herzfeld
Ms. Brooke Huppenthal
Mr. William Isasi
Ms. Katelyn Kang
Mr. Edmund G. LaCour Jr.
Mr. Cortlin Hall Lannin
Mr. Chasel Lee
Ms. Mary E. McAlister
Mr. Christopher E. Mills
Mr. Jonathan F. Mitchell
Ms. Emily Mondry

Ms. Yuval Mor
Mr. Adam K. Mortara
Mr. Cameron T. Norris
Mr. Andrew M. Nussbaum
Mr. Joshua Kerry Payne
Ms. Elizabeth Reinhardt
Ms. Anna Rich
Ms. Bonnie Robin-Vergeer
Mr. Eli Savit
Ms. Jocelyn Ann Sitton
Mr. Chase Strangio
Ms. Sruti J. Swaminathan
Mr. Adam G. Unikowsky
Ms. Julie Veroff
Ms. Jean Veta
Mr. Jacob P. Warner
Ms. Stella M. Yarbrough
Mr. Howard S. Zelbo