

**STATE OF TENNESSEE**

**Office of the Attorney General**

**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

August 21, 2023

Deborah S. Hunt, Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

**Re:**   *L.W., et al. v. Skrmetti, et al.*, No. 23-5600

Dear Ms. Hunt:

     Attached is the Eleventh Circuit's opinion today in *Eknes-Tucker v. Governor of the State of Alabama*, No. 22-11707, vacating the district court's grant of a preliminary injunction on the enforcement of a similar Alabama law.

                                   Respectfully submitted,

                                     /s/ *Clark L. Hildabrand*
                                   Clark L. Hildabrand
                                   Deputy Chief of Staff & Senior Counsel
                                   P.O. Box 20207
                                   Nashville, TN 37202
                                   (615) 253-5642
                                   Clark.Hildabrand@ag.tn.gov

                                   *Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I, Clark Hildabrand, counsel for Defendants-Appellants, certify that, on August 21, 2023, a copy of the foregoing Rule 28(j) letter was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

/s/ *Clark L. Hildabrand*
Clark L. Hildabrand
  Deputy Chief of Staff & Senior Counsel
