# United States Court of Appeals for the Sixth Circuit

## Orientation Acknowledgment

1. Attorney's Name: _____

2. Date & time of the orientation session you plan to attend:
   _____

3. How many Sixth Circuit orientation sessions have you attended in the past?

   ☐ None          ☐ One          ☐ Two or more

4. How many arguments have you presented before the Sixth Circuit in a video conference environment?

   ☐ None          ☐ One          ☐ Two or more

5. What type of equipment will you be utilizing during the orientation and argument?

   ☐ Windows            ☐ Mac (Apple)        ☐ iOS (i-Pad)

   ☐ Phone (audio-only) ☐ Android            ☐ Unknown

   ☐ Other (please specify): _____

6. Emergency Contact Telephone Number: _____

   *\*\*The Court should be able to reach you at this number in the event you experience any technical difficulties on the day of your orientation and/or argument.\*\**

**If you have not previously registered as an ECF filer, you must do so first.**

Docketing Instructions:
Event Category: **Argument**; Event: **Orientation Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _____