**Video Argument, 3:30 P.M.**                                          **Friday, September 1, 2023**

**Sutton, White, Thapar**

**23-5600   L. W., et al. v. Jonathan Skrmetti, et al.**

| | | |
|---|---|---|
| L. W., et al. | ret | Chase Strangio |
| | | *Arguing 1st – 10 Minutes* |
| **Plaintiffs - Appellees** | | |
| United States of America | gvt | Barbara Schwabauer |
| | | *Arguing 2nd – 5 Minutes* |
| **Intervenor - Appellee** | | |
| V. | | |
| Jonathan Thomas Skrmetti, et al. | ret | Clark Lassiter Hildabrand |
| | | *3 Minutes Rebuttal* |
| **Defendants - Appellants** | | |

*Karen Fultz, Courtroom Deputy*

Defendants appeal a district court order preliminarily enjoining as unconstitutional a portion of Tennessee Senate Bill 1, which prohibits minors in Tennessee from receiving puberty blockers or hormone treatments for the purpose of enabling a minor from identifying with or living inconsistently with his/her natal sex.   (15 Minutes for Appellants; 15 Minutes to be Shared by Appellees)