No. 23-5600

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

L.W., by and through parents and next friends, Samantha Williams and
Brian Williams, et al.,
*Plaintiffs-Appellees*,

and

UNITED STATES OF AMERICA,
*Intervenor-Appellee*,

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the
Tennessee Attorney General and Reporter, et al.,
*Defendants-Appellants*.

_____

On Appeal from the United States District Court for the
Middle District of Tennessee
(No. 3:23-cv-00376)

## NOTICE OF WITHDRAWAL

Clark Hildabrand hereby notifies this Court that he is withdrawing as counsel for Defendants-Appellants because he has accepted employment outside the Tennessee Attorney General's Office. Adam K. Mortara, Cameron T. Norris, Tiffany H. Bates, Steven J. Griffin, and Brooke A. Huppenthal will continue to represent Defendants-Appellants and have already appeared in this case. Cameron T. Norris will serve as lead counsel in this Court.

1

Respectfully submitted,

| | |
|---|---|
| JONATHAN SKRMETTI<br>  Attorney General & Reporter<br><br>/s/ *Clark L. Hildabrand*<br>CLARK L. HILDABRAND<br>  Deputy Chief of Staff & Senior Counsel<br><br>STEVEN J. GRIFFIN<br>RYAN N. HENRY<br>BROOKE A. HUPPENTHAL<br>  Assistant Attorneys General<br>OFFICE OF THE TENNESSEE<br>ATTORNEY GENERAL & REPORTER<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 253-5642<br>clark.hildabrand@ag.tn.gov | ADAM K. MORTARA<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>CAMERON T. NORRIS<br>TIFFANY H. BATES<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com |

September 6, 2023

## CERTIFICATE OF SERVICE

I, Clark Hildabrand, counsel for Defendants-Appellants and a member of the Bar of this Court, certify that, on September 6, 2023, a copy of the foregoing Notice of Withdrawal was filed electronically through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

    /s/ *Clark L. Hildabrand*
    CLARK LASSITER HILDABRAND
     Deputy Chief of Staff & Senior Counsel