Case No. 23-5600

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

L. W., by and through her parents and next friends, Samantha Williams and Brian Williams; SAMANTHA WILLIAMS; BRIAN WILLIAMS; JOHN DOE, by and through his parents and next friends, Jane Doe and James Doe; JANE DOE; JAMES DOE; REBECCA ROE; SUSAN N. LACY, on behalf of herself and her patients; RYAN ROE, by and through his parent and next friend, Rebecca Roe

       Plaintiffs - Appellees

and

UNITED STATES OF AMERICA

       Intervenor - Appellee

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General and Reporter, et al.

       Defendants - Appellants

Upon sua sponte consideration, it is **ORDERED** that the mandate in this appeal is hereby recalled.

                       **ENTERED PURSUANT TO RULE 45(a),**
                       **RULES OF THE SIXTH CIRCUIT**
                       Deborah S. Hunt, Clerk

Issued: October 20, 2023