# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

June 24, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

```
┌─────────────────────────────┐
│           FILED             │
│        Jun 25, 2024         │
│  KELLY L. STEPHENS, Clerk   │
└─────────────────────────────┘
```

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re:  United States
     v. Jonathan Skrmetti, Attorney General and Reporter for
     Tennessee, et al.
     No. 23-477
     (Your No. 23-5600)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*Scott S. Harris*, Clerk